

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 NOV 15  AM II: 40

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GERALD NAQUIN** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO.** |
| **LIN-BAR MARINE, INC. &** | * | **SECTION** **07-8782** |
| **ELEVATING BOATS, LLC** | | |
| * * * * * * * * | * | **MAG.** **SECT. A MAG 5** |

## COMPLAINT

Plaintiff, Gerald Naquin, an adult resident of Dulac, Louisiana, respectfully represents

that:

1.

Plaintiff brings this action pursuant to TITLE 46 U.S.C. SECTION 688, commonly

known as the Jones Act, and all statutes supplemental and amendatory thereto, pursuant to the

General Maritime Laws of the United States and pursuant to the Longshore Harbor Workers

Compensation Act (LHWCA), SECTION 905(b).

2.

Defendant, Lin-Bar Marine, Inc., is a foreign corporation authorized to do and doing

business within the Eastern District of Louisiana at the time of the accident complained of herein.

___ Fee _Seaman_
___ Process_____
_X_ Dktd _____
___ CtRmDep_____

3.

Defendant, Elevating Boats, LLC, is a Louisiana corporation authorized to do and doing business within the Eastern District of Louisiana at the time of the accident complained of herein.

4.

Defendant, Elevating Boats, LLC, at all times material herein, the owner/operator of the M/V DONALD MOLL.

5.

On or about September17, 2007, plaintiff, Gerald Naquin was employed by Eagle Consulting Company and assigned to Ship Shoal 93, Well #8-D.

6.

On or about September17, 2007, plaintiff Gerald Naquin was being transferred by crane in a personnel basket from the M/V DONALD MOLL to the deck of the crew boat M/V SARENA B for transport to another location.

7.

On or about September 17, 2007, M/V DONALD MOLL and its crane were owned, operated and/or controlled by defendant Elevating Boats, LLC.

8.

On or about September 17, 2007, the M/V SARENA B was owned operated and/or controlled by defendant Lin-Bar Marine, Inc.

9.

On or about September 17, 2007, when the personnel basket was lowered to the deck of the M/V SARENA B and plaintiff attempted to step off and move away from the personnel basket, he stepped into an open manhole on the deck of the vessel.

10.

As a result of plaintiff's fall into the manhole, he sustained serious injuries to his whole body including but not limited to his cervical, thoracic and lumbar spine and his right knee.

11.

This accident, which occurred on or about September 17, 2007, was the result of the negligence on the part of the defendant, Elevating Boats, LLC, Inc., in one or more of the following non-exclusive particulars:

a.          Failing to warn plaintiff of the presence of an open manhole on the deck of the crew boat;

b.          Placing the personnel basket on the deck of the crew boat in unsafe proximity to an open manhole;

c.          Failing to conduct the personnel basket transfer in a reasonably safe manner;

d.          Failing to request and/or require the crew of the crew-boat to cover the open

manhole;

e.            Failing to discontinue and/or delay the personnel basket transfer until the open manhole could be covered;

f.            Other negligence acts and/or omissions which will be shown at a trial of this action.

12.

This accident, which occurred on or about September 17, 2007, was the result of the negligence on the part of the defendant, Lin-Bar Marine, Inc., in one or more of the following non-exclusive particulars:

a.            Failing to provide a safe area to disembark from the personnel basket;

b.            Failing to warn of the presence of an open manhole;

c.            Failing to maintain a cover over the manhole;

d.            Failing to barricade the area of the open manhole;

e.            Failing to provide appropriate assistance with the personnel basket transfer;

f.            Other negligence acts and/or omissions which will be shown at a trial of this action.

13.

The proximate cause of the accident complained of herein was the unseaworthiness of the M/V SERENA B which was owned and/or operated and/or controlled by the defendant, Lin-Bar Marine, Inc. At all pertinent times hereto, the M/V SERENA B was unseaworthy in one or more of the following respects, to-wit:

a.    The vessel was unsafe for the performance of the operations;

b.    The vessel was not reasonably safe for its intended purpose;

c.    Other unseaworthy conditions to be determined at a trial of this action.


14.

The proximate cause of the accident complained of herein was the unseaworthiness of the M/V DONALD MOLL which was owned and/or operated and/or controlled by the defendant, Elevating Boats, LLC.  At all pertinent times hereto, the M/V DONALD MOLL was unseaworthy in one or more of the following respects, to-wit:

a.    The vessel was unsafe for the performance of the operations;

b.    The vessel was not reasonably safe for its intended purpose;

c.    Other unseaworthy conditions to be determined at a trial of this action.


15.

As a result of the above and forgoing acts of negligence, and/or unseaworthy conditions on board the M/V SERENA B and the M/V DONALD MOLL, plaintiff has suffered damages including, but not limited to the following:

a.    Past and future lost wages and/or diminishment of earning capacity;

b.    Past and future expenses for reasonable medical treatment;

c.    Past and future pain, suffering and disability;

d.    Past and future mental and emotional pain and suffering;

e.    Past and future loss of household services;

f.    Past and future loss and enjoyment of life; and

g.      Other damages to be shown at a trial of this action.


16.

Plaintiff, Gerald Naquin, is entitled to maintenance and cure benefits from the above

referenced defendant until such time as he reaches maximum medical cure and plaintiff is

entitled to attorney's fees and costs in the event that the defendant unreasonably refuses to pay or

discontinues maintenance and cure benefits.


**WHEREFORE**, the premises considered, plaintiff, Gerald Naquin, prays for judgment

herein against the defendant, Lin-Bar Marine, Inc. and Elevating Boats, LLC, in the full and total

true sum of ONE MILLION, TWO HUNDRED FIFTY THOUSAND DOLLARS

($1,250,000.00) DOLLARS, plus pre and post judgement interest at the legal rate for all costs of

Court, and for all such other and future relief, at law and in equity, to which he may be justly

entitled.

Respectfully submitted,

**UNGAR & BYRNE**

**RANDY J. UNGAR (12387)**
**GEORGE W. BYRNE, JR. (3744)**
**KRISTI POST (17752)**
365 Canal Street, Suite 2520
New Orleans, Louisiana 70130
(504) 566-1616
(504) 566-1652

PLEASE SERVE:

Lin-Bar Marine, Inc.
Through its registered agent for service:
Angela C. Belanger
105 Dolphin Drive
Montegut, LA 70377

Elevating Boats, LLC
Nettie L. Dean
201 Dean Center
Houma, LA 70363