UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GERALD NAQUIN** | * | **CIVIL ACTION NO. 07-8782** |
| **VERSUS** | * | **SECTION "A"** |
| **LIN-BAR MARINE, INC. AND ELEVATING BOATS, LLC** | * | **MAGISTRATE 5** |
| | * | |

\*    \*    \*    \*    \*    \*

**PLAINTIFF'S WITNESS / EXHIBIT LIST**

**WITNESSES:**

1.    Gerald Naquin

2.    Robert Robledo

3.    Roy Naquin, Jr.

4.    Carlos Roussell

5     Charles Rhodes

6.    Joseph Wright

7.    Norsey Hardwell

8.    Travis Guy

9.    Randolph Rice, Ph.D.

10.   Nathaniel Fentress

11.    Robert Borison

12.    John Manders

13.    Dr. Eric Savoie

14.    Dr. Bradley Bartholomew

14.    Dr. Morteza Shamsnia

15.    Ronnie Boudreaux

16.    Gordon Gurley

17.    Dr. Michael Watkins

18.    Dr. Terry Habig

19.    Any witness listed by counsel for Defendants.


**EXHIBITS:**

1.    Plaintiff's personnel file with Eagle Consulting;
2.    Plaintiff's federal tax returns and W-2's;
3.    Plaintiff's post-accident medical records, including diagnostic tests;
4.    Plaintiff's post-accident medical bills;
5.    Photographs of the M/V SARENA B;
6.    Logs of the M/V Sarena**;**
7.    Accident report of Lin-Bar Marine;
8.    Written statement of Robert Robledo;
9.    Eagle Consulting Accident Report;
10.    Logs of the M/V DONALD MOLL;
11.    Dynamic Industries Accident Report;
12.    Insurance policy of State National Insurance Company;
13.    Defendants' responses to Plaintiff's discovery;
14.    Documentation reflecting the dimensions of the M/V SARENA B;
15.    Engineering drawing of the M/V SARENA B;
16.    Lin-Bar Safety & Operations Manual;
17.    Eagle Consulting Minutes of Safety Meetings;
18.    Videos and training materials relative to personnel basket transfers;
19.    Lin-Bar Supervisor's Report of Employee Occupational Injury/Illness; and
20.    Any exhibits listed by counsel for Defendants

Respectfully submitted:

**UNGAR & BYRNE**

/s/ George W. Byrne, Jr.
**GEORGE W. BYRNE, JR. (3744)**
**HAL D. UNGAR (31344)**
365 Canal Street, Suite 2520
New Orleans, LA 70130
T:  (504) 566-1212
F:  (504) 566-1652
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 12th day of January, 2009, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ George W. Byrne, Jr.
**GEORGE W. BYRNE, JR.**